IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:11-cv-234-FL

| | |
|---|---|
| LINDA GAIL MERRITT,<br>Plaintiff, | )<br>)<br>) |
| v. | ) ORDER OF DISMISSAL |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>Defendant | )<br>)<br>)<br>) |

Pursuant to the Plaintiff's Motion and consent by the Defendant, this Court hereby orders that this case be dismissed without prejudice.

This the __1st__ day of __June__, 2012.

*/s/ Louise W. Flanagan*
United States District Court Judge